UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN CARLOS BONILLA,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 16-cv-1856 (TSC) <br> ) |
| **PRECISION TRUCK REPAIR INCORPORATED,** *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 21, this action is hereby dismissed with prejudice.

Date:  January 16, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge